DISMISSED and Opinion Filed January 18, 2013



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00675-CV

## LORENZO & GWENDOLYN SPRATT, Appellants
V.
## ONE WEST BANK, FSB, ET AL, Appellees

On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-15601

## OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion by Justice Murphy

By order dated November 13, 2012, this Court denied appellees' motion to dismiss the appeal for want of prosecution and ordered appellants to pay the filing fee, file a docketing statement, and request and designate the clerk's and reporter's records within thirty days. To date, appellants have not paid the $175 filing fee, filed a docketing statement, notified the Court regarding designation of the record, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b),(c).

_____
MARY MURPHY
JUSTICE

120675F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

Lorenzo & Gwendolyn Spratt, Appellant

No. 05-12-00675-CV       V.

One West Bank, FSB, et al, Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-10-15601.
Opinion delivered by Justice Murphy.
Justices Bridges and O'Neill participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees One West Bank, FSB, Deutsche Bank National Trust Co., as Trustee for the Residential Asset Securitization Trust 2007-H under the Pooling and Servicing Agreement dated June 1, 2007 RAST 2007-A8, Mortgage Passthrough Certificates, Series 2007-H, Mortgage Electronic Registration Systems, Inc., and Robert A. Stern d/b/a Lenders Residential Mortgage recover their costs of this appeal from appellants Lorenzo & Gwendolyn Spratt.

Judgment entered this 18th day of January, 2013.

_____
MARY MURPHY
JUSTICE